UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                          Reply to Northern Division Address

March 11, 2003

Michael F. Callahan, Esquire
4601 Willard Ave
Chevy Chase, MD 20815

Jonathan D. Carroll, Esquire
P.O. Box 227
Washington, DC 20044

                                    Re:  Case No. JFM-02-2303

Dear Counsel/Party:

        Your Joint Motion for Extension of Time was received in paper format on March 10, 2003.
This document should have been filed electronically.

   [  ]     The document has been scanned and filed electronically.  The paper copy is being
           returned to you.

   [ x ]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this
Court on electronic filing.  Those policies and procedures are available on the Court's web site:
www.mdd.uscourts.gov.

        If you are not a registered CM/ECF user, you should immediately register.  Registration is
available on-line on the Court's web site.

        Please be advised that any future filings which are not made electronically may be returned
to you.

                                        Very truly yours

                                         /s/
                                        Janet Buker
                                        for
                                        Felicia C. Cannon, Clerk

     cc:    Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**