UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 2120
(410) 962-0782
(410) 962-2698 FAX

March 18, 2003

Memo To Counsel Re: United States v. Manuel R. Lagmay
Civil No. JFM-02-2303

United States v. Manuel R. Lagmay, et ux.
Civil No. JFM-03-229

Dear Counsel:

I have reviewed the joint motion for enlargement of the discovery period filed in Civil No. 02-2303 and Mr. Carroll's letter dated March 13, 2003 relating to Civil No. 03-229.

In accordance with your joint request, the following schedule is set:

| | |
|---|---|
| May 1, 2003 | Discovery deadline and deadline for submitting a status report |
| May 9, 2003 | Deadline for request for admissions |
| June 20, 2003 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge