UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 2, 2003

Memo To Counsel Re: United States v. Manuel R. Lagmay
Civil Nos. JFM-02-2303 and JFM-03-229

Dear Counsel:

I am in receipt of your joint status report.

In accordance with your request, I will ask that the case be referred to a magistrate judge for the purpose of holding a settlement conference.

As reflected in paragraph 2 of your report, defendant's motion for leave to file a counterclaim is pending. Frequently, when motions of this kind are filed I have my secretary telephone counsel for the other side to find out if an opposition is anticipated because, if not, there is no reason for me to delay ruling upon the motion awaiting a response. There is a handwritten note in my file indicating that plaintiff would oppose the motion. However, it does not appear that any opposition was ever filed. Accordingly, I am today entering an order granting the motion. If plaintiff opposes the motion but neglected to file an opposition, it may file a motion for reconsideration of this order on or before May 16, 2003.

A scheduling conference will be held at 8:30 a.m. on June 6, 2003 to set a schedule in the event that your settlement conference is unsuccessful. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements. The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge