IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Civil Nos. JFM-02-2303 and JFM-03-229 |
| | * |
| MANUAL LAGMAY | * |

*****

ORDER

Upon consideration of defendant's motion for leave to file counterclaim that plaintiff has not opposed, it is, this 2nd day of May 2003

ORDERED that the motion be granted.

/s/
J. Frederick Motz
United States District Judge