**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

July 2, 2003

Jonathan D. Carroll, Esquire
United States Department of Justice
P.O. Box 227
555 Fourth Street, N.W.
Washington, D.C. 20044

Michael F. Callahan, Esquire
Thyden, Gross & Callahan
4601 Willard Avenue
Chevy Chase, Maryland 20815

   Subject: United States of America v. Manuel R. Lagmay
     Civil No. JFM-02-2303
     United States of America v. Manuel R. Lagmay, et ux.
     Civil No. JFM-03-229

Dear Counsel:

  This will confirm that a continuation of the settlement conference in this case will be held on Monday, October 27, 2003 at 9:30 a.m.

  In addition, this will also confirm that any additional ex parte letters are due on Tuesday, October 14, 2003.

  Thank you for your attention to this matter.

           Very truly yours,

           /s/
           Beth P. Gesner
           United States Magistrate Judge