**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

November 3, 2003

RE: United States v. Lagmay, JFM-02-2303 and JFM-03-229

MEMORANDUM FOR COUNSEL

Dear Counsel:

This will confirm the following schedule which we agreed upon at the second settlement conference held in this case today:

Monday, November 24, 2003: Defendant to provide plaintiff with the documents agreed upon today

Monday, December 22, 2003: Defendant to file his amended 2002 personal tax return and provide a copy to plaintiff's counsel

Friday, January 16, 2004: Counsel to provide a joint written report regarding the status of settlement to me

Monday, February 2, 2004: (1) Deadline for an approval of a final settlement by both parties OR a determination that no settlement can be agreed upon. If the latter, the litigation will be reactivated; and (2) Deadline for a joint status report to me regarding the whether the parties have reached a settlement.

Counsel should feel free to call me if I may be of any assistance during the above process. Specifically, please call me at any point in the process if it appears that an additional conference will be productive.

Thank you for your attention to this matter.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Motz