UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 24, 2003

Memo To Counsel Re: United States v. Manuel R. Lagmay
Civil Nos. JFM-02-2303 and JFM-03-229

Dear Counsel:

Please provide me with a report on the status of this case on or before June 29, 2004.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge