IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Having considered the consented to motion of the United States for leave to file an

amended complaint, and the Court being fully advised, it is this ___day of _____, 2004:

ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the amended complaint attached to the motion

shall be docketed by the Clerk.

IT IS SO ORDERED.


_____
_
UNITED STATES DISTRICT JUDGE