UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 14, 2004

Memo To Counsel Re: United States v. Manuel R. Lagmay
Civil Nos. JFM-02-2303 and JFM-03-229

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| February 18, 2005 | Discovery deadline |
| March 2005 | Settlement conference (exact date to be set by magistrate judge to whom the case is referred) |

In the event that the settlement conference is not successful, I will send you another letter establishing a briefing schedule in accordance with the following sequences:

| | |
|---|---|
| 30 days after failure of conference | Deadline for government's summary judgment motion |
| 30 days thereafter | Deadline for Mr. Lagmay's opposition and cross-motion |
| 14 days thereafter | Deadline for government's opposition/reply |
| 14 days thereafter | Deadline for Mr. Lagmay's reply |

Very truly yours,

/s/

J. Frederick Motz
United States District Judge