## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

October 29, 2004

Jonathan D. Carroll, Esq.
Melissa Anemojanis Holton, Esq.
United States Department of Justice
P.O. Box 227
555 Fourth St., NW
Washington, DC 20044

Michael F. Callahan, Esq.
Thyden, Gross and Callahan
4601 Willard Ave.
Chevy Chase, MD 20815

Subject: United States of America v. Manuel R. Lagmay
Civil Nos. JFM-02-2303, JFM-3-229

Dear Counsel:

Due to a scheduling conflict, I am rescheduling the date of the settlement conference from Wednesday, March 16, 2005 at 10:00 a.m. to **Thursday, March 31, 2005 at 9:15 a.m.** In addition, the due date for ex parte letters had been changed to Thursday , March 17, 2005. **If any of you have a conflict with this date, you should submit a letter to my chambers requesting rescheduling and including alternate dates for the conference which you have confirmed are acceptable to all parties.**

Thank you for your attention to this matter.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge

U.S. District Court (Rev. 9/2001)

Letter to Counsel - United States of America v. Manuel R. Lagmay
Civil No.  JFM-02-2303
October 15, 2004
Page Two


cc:     Court file