**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

March 31, 2005

Jonathan D. Carroll, Esquire
Melissa Anemojanis Holton, Esquire
United States Department of Justice
P.O. Box 227
555 Fourth Street, N.W.
Washington, D.C. 20044

Michael F. Callahan, Esquire
Thyden, Gross & Callahan
4601 Willard Avenue
Chevy Chase, Maryland 20815

    Subject: United States of America v. Manuel R. Lagmay
          Civil No. JFM-02-2303
          United States of America v. Manuel R. Lagmay, et ux.
          Civil No.  JFM-03-229

Dear Counsel:

    This will confirm that, at the request of the parties, a continuation of the settlement conference in this case will be held on Thursday, April 28, 2005 at 9:30 a.m.

    In addition, this will also confirm that any additional <u>ex parte</u> letters are due on Thursday, April 14, 2005.

    Thank you for your attention to this matter.

                              Very truly yours,

                              /s/
                              Beth P. Gesner
                              United States Magistrate Judge

Letter to Counsel - United States of America v. Manuel R. Lagmay, JFM-02-2303
United States of America v. Manuel R. Lagmay, et ux., JFM-03-229

Page Two
May 8, 2003