UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

April 25, 2005

Jonathan D. Carroll, Esquire
United States Department of Justice
P.O. Box 227
555 Fourth Street, N.W.
Washington, D.C.  20044

Michael F. Callahan, Esquire
Thyden, Gross & Callahan
4601 Willard Avenue
Chevy Chase, Maryland 20815

      Subject: United States of America v. Manuel R. Lagmay
            Civil No. JFM-02-2303
            United States of America v. Manuel R. Lagmay, et ux.
            Civil No.  JFM-03-229

Dear Counsel:

    In light of Mr. Carroll's and Mr. Callahan's letters of April 20, 2005,  I am cancelling the settlement conference scheduled for Thursday, April 28, 2005 in the above referenced matter.  Please inform my chambers if at any time in the future you would like to reschedule the settlement conference.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                      Very truly yours,

                                      /s/

                                      Beth P. Gesner
                                      United States Magistrate Judge

Letter to Counsel -  United States of America v. Manuel R. Lagmay, JFM-02-2303
                     United States of America v. Manuel R. Lagmay, et ux., JFM-03-229

Page Two
May 8, 2003

cc:     Court file