UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 10, 2005

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| July 29, 2005 | Deadline for completion of discovery and submission of report re whether either party intends to submit a summary judgment motion |
| September 16, 2005 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

In the event that you advise me in your status report that neither party intends to file a summary judgment motion, I will immediately hold another scheduling conference and establish a trial date and pretrial schedule.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge