# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 17, 2005

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

This will confirm the schedule set during the conference held last Friday.

| | |
|---|---|
| January 20, 2006 | Discovery deadline |
| February 24, 2006 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

Very truly yours,

/s/

J. Frederick Motz
United States District Judge