# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 7, 2006

Memo To Counsel Re:  United States v. Manuel R. Lagmay
Civil Nos. JFM-02-2303 and JFM-03-229

Dear Counsel:

    A telephonic scheduling conference will be held on July 18, 2006 at 4:30 p.m.  I ask counsel for the plaintiff to initiate the call.

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge