# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 15, 2006

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

A telephonic scheduling conference will be held at 8:45 a.m. on Monday, October 16, 2006.  I ask counsel for the plaintiff to initiate the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge