# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

October 16, 2006

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| November 30, 2006 | Deadline for United States to file a motion for summary judgment |
| December 21, 2006 | Deadline for defendant to file an opposition |
| January 9, 2007 | Deadline for United States to file a reply |

Very truly yours,

/s/

J. Frederick Motz  
United States District Judge