UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 19, 2006

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

    Reference is made to my letter of October 16, 2006. The United States has not yet filed a motion for summary judgment. Please advise me on or before December 29, 2006 if and when the United States intends to file such a motion.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge