# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 19, 2006

MEMO TO COUNSEL RE: United States of America v. Lagmay
Civil No. JFM-02-2303 and JFM-03-229

Dear Counsel:

This will confirm the revised schedule set during the telephone call held today.

| | |
|---|---|
| January 17, 2007 | Deadline for the United States to file a motion for summary judgment |
| February 7, 2007 | Deadline for defendant to file an opposition |
| January 25, 2007 | Deadline for United States to file a reply |

Very truly yours,

/s/

J. Frederick Motz
United States District Judge