IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States of America moves the Court for summary judgment in its favor pursuant to Fed. R. Civ. P. 56(a).

As grounds for this motion, the United States asserts there are no genuine disputes of material fact that Manuel Lagmay is indebted to the United States for his 1988 income tax liabilities and for employment tax liabilities for the tax period ending June 30, 1991.

2160919.1

A brief in support of this motion, the declaration of Internal Revenue Service Advisor Michael Hartz, Certificates of Assessments and Payments, and proposed order are being filed along with this motion.

WHEREFORE, it is prayed that this motion be granted.

Date: January 17, 2006.

                                      Respectfully submitted,

                                      /s/ Jonathan D. Carroll
                                      JONATHAN D. CARROLL
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 227
                                      Washington, D.C.  20044
                                      Telephone: (202) 307-6669

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201-2692
 (410) 209-4800