

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **April 18, 2006**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: Form 4340 Certificate of Assessments, and Payments, consisting of 7 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Manuel R. Lagmay, 604 Menteth Point Dr., Millersville, MD 21108 for Tax Period(s) 198812 Form 1040.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATION
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

GOVERNMENT
EXHIBIT
A

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MANUEL & LIZA LAGMAY                       EIN/SSN: 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
                                                    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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988

                                      ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                    181,040.00

             TAXABLE INCOME
                    166,290.00

             SELF EMPLOYMENT TAX
                         96.00

04-15-1989   RETURN FILED & TAX ASSESSED         4,824.00            07-31-1989
             89222-114-24811-9   198929

04-15-1989   PAYMENT WITH RETURN                              1,000.00

             ESTIMATED TAX PENALTY                298.00              07-31-1989
             19892908

             FAILURE TO PAY TAX                    76.48              07-31-1989
             PENALTY
             19892908

             INTEREST ASSESSED                    136.89              07-31-1989
             19892908

09-12-1989   SUBSEQUENT PAYMENT                               1,000.00

11-17-1989   SUBSEQUENT PAYMENT                               1,500.00

12-04-1989   SUBSEQUENT PAYMENT                               2,089.37

             INTEREST ASSESSED                    150.16              01-01-1990
             19895108

             FAILURE TO PAY TAX                   103.84              01-01-1990
             PENALTY
             19895108

FORM 4340    (REV. 01-2002)           PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

```
MANUEL & LIZA LAGMAY                        EIN/SSN: 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
                                                     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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE (23C,
                                      (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------

04-14-1992  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 09-12-1992

            NEGLIGENCE PENALTY             2,664.00              07-13-1992
            19922708

            MISCELLANEOUS PENALTY         13,322.00              07-13-1992
            IRC 6662(d) ACCURACY
            PENALTY
            89254-571-65215-2  19922708

            ADDITIONAL TAX ASSESSED       53,287.00              07-13-1992
            89254-571-65215-2  19922708

            INTEREST ASSESSED             28,086.89              07-13-1992
            19922708

06-11-1993  FEDERAL TAX LIEN

01-04-1995  OVERPAID CREDIT APPLIED                    148.00
            1040         199212

02-07-1995  OVERPAID CREDIT APPLIED                  2,168.00
            1040         199312

04-15-1995  OVERPAID CREDIT APPLIED                  2,887.00
            1040         199412

FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

MANUEL & LIZA LAGMAY                    EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 11-24-1995 | OVERPAID CREDIT APPLIED<br>1040         199012 | | 883.57 | |
| 04-15-1996 | OVERPAID CREDIT APPLIED<br>1040         199512 | | 617.00 | |
| 11-14-1996 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 300.00 | |
| 06-18-1998 | OVERPAID CREDIT APPLIED<br>1040         199312<br>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 | | 145.84 | |
| 07-06-1998 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 300.00 | |
| 07-13-1998 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 300.00 | |
| 10-07-1998 | RECEIVED POA/TIA | | | |
| 04-15-1999 | OVERPAID CREDIT APPLIED<br>1040         199812 | | 193.00 | |
| 01-17-2000 | REMOVED POA/TIA | | | |
| 02-28-2000 | RECEIVED POA/TIA | | | |

FORM 4340   (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MANUEL & LIZA LAGMAY                    EIN/SSN: 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
                                                 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-15-2000 | OVERPAID CREDIT APPLIED 1040   199912 | | 653.00 | |
| 10-16-2000 | OVERPAID CREDIT APPLIED 1040   199912 | | 2,040.00 | |
| 07-23-2001 | OVERPAID CREDIT APPLIED 1040   200012 | | 146.11 | |
| 05-27-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-07-2002 | FEDERAL TAX LIEN | | | |
| 07-01-2002 | FEES AND COLLECTION COSTS | | 21.00 | |
| 06-14-2002 | FEDERAL TAX LIEN | | | |
| 07-08-2002 | FEES AND COLLECTION COSTS | | 12.00 | |
| 06-25-2002 | LEGAL SUIT PENDING | | | |
| 08-02-2002 | FEDERAL TAX LIEN | | | |
| 09-02-2002 | FEES AND COLLECTION COSTS | | 42.00 | |
| 06-23-2003 | OFFER IN COMPROMISE PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MANUEL & LIZA LAGMAY                          EIN/SSN: 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
                                                       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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
07-28-2003 OVERPAID CREDIT APPLIED                        400.00
           1040         200212

01-12-2004 OFFER IN COMPROMISE
           REJECTED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-31-1989 Statutory Notice of Balance Due

08-21-1989 Statutory Notice of Intent to Levy

07-13-1992 Statutory Notice of Balance Due

08-17-1992 Notice of Balance Due

09-21-1992 Notice of Balance Due

10-26-1992 Notice of Balance Due

11-30-1992 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                     PAGE     5
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MANUEL & LIZA LAGMAY                          EIN/SSN: 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
                                                       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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
02-13-1995  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                              PAGE     6
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MANUEL & LIZA LAGMAY                              EIN/SSN: 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
                                                           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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1988
------------------------------------------------------------------------------


BALANCE              86,253.37


------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
                PAUL L. CZARNECKI
PRINT NAME: _____
            ACCOUNTING CONTROL/SERVICES OPERATION MANAGER
TITLE: _____
                         11
DELEGATION ORDER: _____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/11/2006

FORM 4340   (REV. 01-2002)                       PAGE     7
```