

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: **April 18, 2006**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s),** of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Manuel R. Lagmay, 604 Menteth Point Dr., Millersville, MD 21108 for Tax Period(s) 199106 Form CV PN.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATION MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

GOVERNMENT EXHIBIT
B

Catalog Number 19002E                          Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MANUEL R LAGMAY                              EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 1991
                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

           MISCELLANEOUS PENALTY                         75,926.66   03-21-1994
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-461-52048-4   19941008

03-21-1994 XREF 100% PENALTY
           941         199006
           95-4207605

03-21-1994 XREF 100% PENALTY
           941         199009
           95-4207605

03-21-1994 XREF 100% PENALTY
           941         199012
           95-4207605

03-21-1994 XREF 100% PENALTY
           941         199103
           95-4207605

03-21-1994 XREF 100% PENALTY
           941         199106
           95-4207605

08-21-1998 FEDERAL TAX LIEN

09-14-1998 FEES AND COLLECTION COSTS                         18.00

04-02-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)                PAGE     1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

MANUEL R LAGMAY                                         EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: JUNE 1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 06-14-2002 | FEDERAL TAX LIEN | | | |
| 07-22-2002 | RECEIVED POA/TIA | | | |
| 04-15-2002 | OVERPAID CREDIT APPLIED 1040    200112 | | 10,953.00 | |
| 11-19-2002 | PENDING INSTALLMENT AGREEMENT | | | |
| 12-09-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040    200212 | | 3,008.00 | |
| 06-23-2003 | OFFER IN COMPROMISE PENDING | | | |
| 01-12-2004 | OFFER IN COMPROMISE REJECTED | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 03-01-2004 | FEES AND COLLECTION COSTS | | 6.00 | |
| 02-13-2004 | FEDERAL TAX LIEN | | | |

FORM 4340   (REV. 01-2002)                          PAGE    2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MANUEL R LAGMAY                                 EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: JUNE 1991
                                           ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION    OTHER DEBITS    CREDIT       DATE (23C,
                                           (REVERSAL)      (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

03-08-2004  FEES AND COLLECTION COSTS                      10.00

10-18-2004  STATUTE EXPIRED -                              61,999.66
            CLEAR TO ZERO
            UNCOLLECTABLE AMOUNT OWED
            $          61,999.66-

12-03-2004  FEDERAL TAX LIEN RELEASED

03-21-1994  Statutory Notice of Balance Due

04-11-1994  Statutory Notice of Intent to Levy

02-16-2004  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                 PAGE     3
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

MANUEL R LAGMAY                              EIN/SSN: 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



TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: JUNE 1991
-----------------------------------------------------------------------------------


BALANCE              0.00

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
                 PAUL L. CZARNECKI
PRINT NAME:_____
          ACCOUNTING CONTROL/SERVICES OPERATION MANAGER
TITLE:_____
                         11
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/11/2006

FORM 4340   (REV. 01-2002)                      PAGE     4
```