IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
|        Defendant. | ) |

## DECLARATION OF MICHAEL HARTZ

I, Michael Hartz, hereby state and declare pursuant to the provisions of 28 U.S.C. §
1746(2) as follows:

1. I am a technical services advisor for the Internal Revenue Service in Baltimore, MD. In
that regard, I am authorized to access and disclose taxpayers' records for tax administration
purposes.

2. On November 30, 2006, I accessed Manuel Lagmay's records for the purpose of
determining the current amounts due on account of unpaid tax liabilities for employment
taxes and personal income taxes.

3. As of December 1, 2006, the following outstanding federal income tax liabilities,
including accrued penalties and interest, for Manuel Lagmay are:

2066736.1

| Tax Year | Assessment Date | Amount Assessed | Amount Due as of 12/1/06 |
|---|---|---|---|
| 1988 | 7/13/1992 | $86,253 | $271,405.91 |

4. As of December 1, 2006, the following outstanding employment tax liabilities including accrued penalties and interest, for Manuel Lagmay are:

| Tax Period | Assessment Date | Amount Assessed | Amount Due as of 12/1/06 |
|---|---|---|---|
| June 1991 | 3/21/1994 | $75,926 | $153,320.85 |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 2 0 , 2006.

*Michael Hartz*
Michael Hartz

2                       2066736.1