IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Having considered the United States of America's motion for summary judgment, together with the memorandum of law, declaration, and exhibits in support thereof, and having further considered defendant's opposition, if any, the Court concludes that the motion should be granted. Accordingly, it is this _____ day of _____, 2007, ORDERED AND ADJUDGED as follows:

1. The United States' motion for summary judgment is granted.

2. Judgment shall be entered in favor of the United States of America and against defendant Manuel Lagmay, for unpaid federal income taxes for the year 1988, in the amount of $271,405, plus statutory interest accruing after December 1, 2006.

3. Judgment shall be entered in favor of the United States of America and against defendant Manuel Lagmay for the trust fund portions of unpaid employment tax liabilities of National Healthcare Services for the tax period ending June 30, 1991 in the amount of $153,320, plus statutory interest accruing after December 1, 2006.

Dated: _____, 2007.

_____
UNITED STATES DISTRICT JUDGE