IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 02-2303 |
| ) | |
| MANUEL R. LAGMAY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Summary Judgment, Exhibits, Memorandum in Support, and proposed Order have been served this 17th of January, 2007, by the Court's ECF system addressed to:

Michael F. Callahan, Esquire
Thyden Gross & Callahan
4601 Willard Avenue
Chevy Chase, MD 20815-4639

Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

189334.14