IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 02-2303 |
| MANUEL R. LAGMAY | : | |
| Defendant. | : | |

### NOTICE OF FILING LENGTHY EXHIBITS

Exhibits 1 through 5, which are attachments to the Opposition to Plaintiff's Motion for Summary Judgment exist only in paper format and are longer than fifteen (15) pages or, if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that on the 6th day of February, 2007, I filed and served copies of the documents identified above.

Respectfully submitted,

/s/ Michael F. Callahan
Michael F. Callahan, Esquire
THYDEN, GROSS & CALLAHAN
4601 Willard Avenue
Chevy Chase, MD 20815
(301) 907-4580
Counsel for Defendant
February 8, 2007