IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. |
| v. | ) | JFM 02 CV 2303 |
| | ) | |
| MANUEL R. LAGMAY | ) | |

ORDER

The Court has considered the Plaintiff's Motion for Summary Judgment and the Defendant's Oppsition and the arguments of counsel and, the Court having determined that summary judgment ought not to be entered; it is this ____ day of _____, 2007

ORDERED, that the Plaintiff's motion for summery judgment is DENIED.

_____
United States District Court Judge

Copies to

Michael F. Callahan
Thyden, Gross & Callahan
Attorney for Defendant
4601 Willard Avenue
Chevy Chase, MD 20815

Jonathan D. Carroll, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044