IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-2303 |
| | ) | |
| MANUEL R. LAGMAY, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY TO
DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT**

The United States requests an enlargement of time of 14 days to reply to defendant's opposition to the United States' motion for summary judgment. The grounds for this motion are that counsel for the United States is in the process of obtaining documents that may be necessary to respond to the opposition. In addition, after discussion with defendant's counsel, the United States understands that defendant will be withdrawing the allegation that this proceeding is time barred.

Defendant's counsel does not oppose the relief requested.

Wherefore, the United States moves that Court for an order permitting it to file its reply to defendant's opposition to the United States' motion for summary judgment. A proposed order granting the relief requested is attached.

Dated: February 26, 2007.

Respectfully submitted,

/s/ Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201-2692
 (410) 209-4800