IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING ENLARGEMENT OF TIME

Having considered the unopposed motion of the United States for an extension of time to reply to defendant's opposition to the United States' motion for summary judgment, and the Court being fully advised, it is this ___ day of _____, 2007:

ORDERED that the United States shall have up to and including March 12, 2007, to file its reply to defendant's opposition to summary judgment.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE