IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Enlargement of Time to Reply to Defendant's Opposition to Summary Judgment, and proposed order, has been served this 26th day of February, 2007, by the Court's ECF system addressed to:

> Michael F. Callahan, Esquire
> Thyden Gross & Callahan
> 4601 Willard Avenue
> Chevy Chase, MD 20815-4639

> <u>Jonathan D. Carroll</u>
> JONATHAN D. CARROLL
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, D.C. 20044
> Telephone: (202) 307-6669

189334.14