IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-2303 |
| | ) | |
| MANUEL R. LAGMAY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Reply to

Defendant's Opposition to Summary Judgment, has been served this 12th day of March,

2007, by the Court's ECF system addressed to:

> Michael F. Callahan, Esquire
> Thyden Gross & Callahan
> 4601 Willard Avenue
> Chevy Chase, MD 20815-4639

Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

189334.14