**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 23, 2007

      Memo To Counsel Re: United States of America v. Manuel R. Lagmay
                              Civil No. JFM-02-2303

Dear Counsel:

      A hearing on the pending on the pending motion for summary judgment will be held by telephone at 9:30 a.m. on April 9, 2007.  I ask counsel for the plaintiff to initiate the call.  A court reporter will be present in chambers.

                                        Very truly yours,

                                        /s/

                                        J. Frederick Motz
                                        United States District Judge