# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 30, 2007

      Memo To Counsel Re: United States of America v. Manuel R. Lagmay
                      Civil No. JFM-02-2303

Dear Counsel:

      In the letter I issued on April 27, 2007, I entered summary judgment on behalf of the United States on count II in the amount of $153,320.85, plus interest since December 1, 2006. I also entered summary judgment on behalf of the United States on count I on the issue of liability and stated that the principal amount due on that count is $38,443.

      Upon further consideration, however, it appears that the principal amount due on count I should instead be the $86,253 initially assessed minus the taxes that the Lagmays paid on the $47,810 that they reported as income received from L & S International Placement Services. Accordingly, my letter of April 27, 2007 is modified in this respect. If Mr. Carroll believes that my new calculation is incorrect, he should address the issue in his May 10, 2007 submission. If Mr. Callahan believes my new calculation is incorrect, he should so advise me immediately.

      In all other respects, my rulings remain unchanged. I ask Mr. Carroll to submit, on or before May 10, 2007, the affidavit outlined in my earlier letter, subject to the modification to count I discussed above.

                                        Very truly yours,

                                        /s/

                                        J. Frederick Motz
                                        United States District Judge