IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

**LINE ATTACHING DECLARATION OF MICHAEL HARTZ**

As directed by the Court's April 27, 2007, order, the declaration of Michael Hartz, technical services advisor for the Internal Revenue Service, showing the amounts due as to Count II of the complaint is attached.

Dated: May 10, 2007.

                                        Respectfully submitted,


                                        /s/ Jonathan D. Carroll
                                        JONATHAN D. CARROLL
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-6669

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201-2692
 (410) 209-4800

2450129.1