IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-2303 |
| | ) | |
| MANUEL R. LAGMAY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MICHAEL HARTZ

I, Michael Hartz, hereby state and declare pursuant to the provisions of 28 U.S.C. § 1746(2) as follows:

1. I am a technical services advisor for the Internal Revenue Service in Baltimore, MD. In that regard, I am authorized to access and disclose taxpayers' records for tax administration purposes.

2. On May 4, I accessed Manuel Lagmay's records for the purpose of determining the current amounts due on account of unpaid tax liabilities for employment taxes and personal income taxes.

3. As of May 10, 2007, the following outstanding federal income tax liabilities, including accrued penalties and interest, for Manuel Lagmay are:

2442829.1

| Tax Year | Assessment Date | Amount Assessed | Amount Due as of 5/10/07 |
|----------|-----------------|-----------------|--------------------------|
| 1988     | 7/13/1992       | $86,253         | $155,532.19              |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 9    , 2007.

Michael Hartz

2442829.1