IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 02-2303 |
| ) | |
| MANUEL R. LAGMAY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Line Attaching Declaration of Michael Hartz has been served this 10th day of March, 2007, by the Court's ECF system addressed to:

>Michael F. Callahan, Esquire
>Thyden Gross & Callahan
>4601 Willard Avenue
>Chevy Chase, MD 20815-4639

>Jonathan D. Carroll
>JONATHAN D. CARROLL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, D.C. 20044
>Telephone: (202) 307-6669

189334.14