IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. 02-2303 |
| ) | |
| MANUEL R. LAGMAY, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COURT'S APRIL 30, 2007, ORDER**

The United States requests an enlargement of time of 10 (ten) days to respond to the Court's order of April 30, 2007, directing the United States to provide the Court with an affidavit and explanation if necessary as to the amounts due as to Count I of the complaint after recomputing defendant's liability in accordance with the April 30, 2007, order.[1]

The grounds for this motion are that because of the nature of the recomputations involved, the Internal Revenue Service has assigned a computation specialist that has not previously worked on this matter to recompute the amounts due in accordance with the Court's April 30, 2007, order. The employee has apprised counsel that the recomputations will be performed within a period of ten days.

Defendant's counsel does not oppose the relief requested.

---

[1] The United States filed a declaration concerning Count II of the complaint today.

2264440.1

Wherefore, the United States moves that Court for an order permitting it an additional ten days to file an affidavit and explanation of the amounts due as to Count I in accordance with the Court's April 30, 2007, order. A proposed order granting the relief requested is attached.

Dated: April 10, 2007.

Respectfully submitted,

/s/ Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201-2692
 (410) 209-4800

2264440.1