IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ENLARGEMENT OF TIME**

Having considered the unopposed motion of the United States for an extension of time to respond to the Court's April 30, 2007, order concerning Count I of the complaint, and the Court being fully advised, it is this ___ day of _____, 2007:

ORDERED that the United States shall have up to and including May 21, 2007, to file a declaration and explanation of amounts due as to Count I of the complaint in accordance with the Court's April 30, 2007, order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE