IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 02-2303 |
| | ) |
| MANUEL R. LAGMAY, | ) |
| | ) |
|     Defendant. | ) |

**UNITED STATES' RESPONSE TO THE COURT'S APRIL 30, 2007, ORDER
CONCERNING COUNT I OF THE COMPLAINT**

Attached is the declaration of Lucille Harris, a tax computation specialist with the Internal Revenue Service explaining amounts due after recomputing defendant's 1988 liabilities in accordance with the United States' understanding of the Court's April 30, 2007, order.

The United States understands the Court's order as determining that defendant reported $47,810 of the $132,185 the IRS found he had not reported. Therefore, the United States understands that the Court has determined defendant's taxable income for 1988 to be $118,480 rather than the $166,290 shown on the December 5, 1991, notice of deficiency.

Using these figures, Ms. Harris has recomputed defendant's 1988 income tax liabilities to be $188,488.60 as of May 16, 2007. (Paris Decl. ¶ 4.)

The United States has provided counsel for defendant a detailed report explaining

2473100.1

the recomputations.

    Date: May 21, 2007.

                                              Respectfully submitted,

                                              /s/ Jonathan D. Carroll
                                              JONATHAN D. CARROLL
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Washington, D.C.  20044
                                              Telephone: (202) 307-6669

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201-2692
 (410) 209-4800

2473100.1