IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 02-2303 |
| MANUEL R. LAGMAY, | ) ) ) |
| Defendant. | ) ) |

### DECLARATION OF LUCILLE HARRIS

I, Lucille Harris, hereby state and declare pursuant to the provisions of 28 U.S.C. § 1746(2) as follows:

1. I am a computation specialist for the Internal Revenue Service in Washington, DC. In that regard, I am authorized to access and disclose taxpayers' records for tax administration purposes.

2. On May 15 through 17, 2007, I accessed Manuel Lagmay's records for the purpose of recomputing the current amounts due on account of unpaid tax liabilities for his 1988 personal income taxes.

3. On May 17, 2007, I recomputed Manuel Lagmay's 1988 income tax liabilities by reducing the amount of income he did not report by $47,810. As a result of this reduction Lagmay's taxable income for 1988 would be $118,480 as opposed to the $166,290 shown on the notice of deficiency dated December 5, 1991.

4. After crediting Lagmay with payments made and making the adjustments

2458664.1

described, I have recomputed Lagmay's 1988 liability including interest and penalties to be $188,488.60 as of May 16, 2007.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2007.

*Lucille Harris*
Lucille Harris

2

2458664.1