IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-2303 |
| | ) | |
| MANUEL R. LAGMAY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Response

to the Court's April 30, 2007, Order Concerning Count I of the Complaint, and

Declaration of Lucille Harris has been served this 21st day of May, 2007, by the Court's

ECF system addressed to:

Michael F. Callahan, Esquire
Thyden Gross & Callahan
4601 Willard Avenue
Chevy Chase, MD 20815-4639

Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

2473051.14