IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES                          *
                                       *
        v.                             *    Civil No. JFM-02-2303
                                       *
MANUEL R. LAGMAY                       *
                                       *
                                       *
                                    *****

ORDER OF JUDGMENT

In accordance with the rulings I issued during the April 26, 2007 phone hearing, my follow-up correspondence dated April 27 and April 30, 2007, and the two submissions filed by the United States pursuant to those letters, it is, this 24th day of May 2007,

ORDERED that judgment be entered in favor of the United States in the total amount of $344,020.79 (representing the $188,488.60 and the $155,532.19 owed respectively on counts I and II of the Amended Complaint.)


                                    /s/
                                    J. Frederick Motz
                                    United States District Judge